UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRODERICK CARTER** | CIVIL ACTION |
| **VERSUS** | |
| **TRANS UNION, LLC, ET AL.** | NO. 20-00755-BAJ-EWD |

### FINAL JUDGMENT

Before the Court is Plaintiff and Defendant Hancock Whitney Bank's **Joint Stipulation Of Dismissal With Prejudice (Doc. 28)** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Additionally, the Court notes that more than 60 days have passed since the Court dismissed Plaintiff's claims against Trans Union, LLC (Doc. 21) and Equifax Information Services, LLC (Doc. 27). The parties have not moved to reopen the action.

Accordingly,

**IT IS ORDERED, ADJUDGED and DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 21st day of July, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

JURY